IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE BAKER, Jr.,
   Petitioner-Appellant,

v.

                                Case No. 19-cv-577-wmc

MATTHEW MARSKE,
   Respondent-Appellee.

## NOTICE OF APPEAL

I, Eddie Baker, hereby give notice that, I am appealing the court's 5/28/2020 "OPINION AND ORDER" for its abuse of discretion in conflating it with issues not involved in this case and making evidentiary claims not presented at trial, that the Supreme Court and reasonable jurists of other lower courts have debated and determined a different outcome is required.

Date: June 4, 2020
Respectfully submitted,

*Eddie Baker*
EDDIE BAKER Jr.
Reg. No. 06233-089
Pro se
OXFORD FCI
P.O. Box 1000
Oxford, WI 53952

                                               2020 JUN -8  AM 10: 11
                                               PETER OPPENEER
                                               CLERK US DIST COURT
                                               WD OF WI

                                                                     DOC NO
                                                                 REC'D/FILED