IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE BAKER, JR.,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.

ORDER

Case No. 19-cv-577-wmc
App. No. 20-1964

On May 28, 2020, the court denied petitioner Eddie Baker, Jr.'s petition for writ of habeas corpus under to 28 U.S.C. § 2241. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt ## 9 and 11). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, by July 1, 2020, petitioner must either pay the $505 appellate docketing fee or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than July 1, 2020, petitioner Eddie Baker, Jr. shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately December 8, 2019 through at least June 8, 2020. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 9th day of June, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge